Steven G. Rosales
Attorney at Law: 222224
Law Offices of Lawrence D. Rohlfing
12631 East Imperial Highway, Suite C-115
Santa Fe Springs, CA 90670
Tel.: (562)868-5886
Fax: (562)868-5491
E-mail _steven.rosales@rohlfinglaw.com

Attorneys for Plaintiff  JOHN DAVILLA

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA
# SACRAMENTO DIVISION

| | |
|---|---|
| JOHN DAVILLA, | Case No.:  2:14-CV-2876 CMK |
| Plaintiff, | STIPULATION TO EXTEND BRIEFING SCHEDULE |
| vs. | |
| CAROLYN COLVIN, Acting Commissioner of Social Security, | |
| Defendant | |

TO THE HONORABLE CRAIG M. KELLISON, MAGISTRATE JUDGE OF THE DISTRICT COURT:

Plaintiff John Davilla ("Plaintiff") and defendant Carolyn Colvin, Acting Commissioner of Social Security ("Defendant"), through their undersigned counsel of record, hereby stipulate, subject to the approval of the Court, to extend the time for Plaintiff to file Plaintiff's Motion for Summary Judgment or Remand to August 17, 2015; and that Defendant shall have until September 16, 2015, to file his opposition.  Any reply by plaintiff will be due September 30, 2015.

An extension of time for plaintiff is needed in order to properly address the issues within the administrative record in this matter.  Counsel sincerely apologizes to the court for any inconvenience this may have had upon it or its staff.

DATE: July 16, 2015         Respectfully submitted,

LAW OFFICES OF LAWRENCE D. ROHLFING

/s/ *Steven G. Rosales*
BY: _____
Steven G. Rosales
Attorney for plaintiff

DATED:  July 16, 2015         BENJAMIN WAGNER
United States Attorney


*/S/- Jennifer Lee Tarn

_____
Jennifer Lee Tarn
Special Assistant United States Attorney
Attorney for Defendant
[*Via email authorization]

1   IT IS HEREBY ORDERED that plaintiff may have an extension of time, to
2  and including August 17, 2015, in which to file Plaintiff's Motion for Summary
3  Judgment or Remand; Defendant may have an extension of time to September 16,
4  2015 to file his opposition, if any is forthcoming.  Any reply by plaintiff will be
5  due September 30, 2015.

6   IT IS SO ORDERED.

7  Dated:  July 22, 2015

   CRAIG M. KELLISON
   UNITED STATES MAGISTRATE JUDGE