Steven G. Rosales
Attorney at Law: 222224
Law Offices of Lawrence D. Rohlfing
12631 East Imperial Highway, Suite C-115
Santa Fe Springs, CA 90670
Tel.: (562)868-5886
Fax: (562)868-5491
E-mail _steven.rosales@rohlfinglaw.com

Attorneys for Plaintiff  JOHN DAVILLA

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

# SACRAMENTO DIVISION

| | |
|---|---|
| JOHN DAVILLA, | Case No.: 2:14-CV-2876 CMK |
| Plaintiff, | STIPULATION TO EXTEND BRIEFING SCHEDULE |
| vs. | |
| CAROLYN COLVIN, Acting Commissioner of Social Security, | |
| Defendant | |

TO THE HONORABLE CRAIG M. KELLISON, MAGISTRATE JUDGE OF THE DISTRICT COURT:

Plaintiff John Davilla ("Plaintiff") and defendant Carolyn Colvin, Acting Commissioner of Social Security ("Defendant"), through their undersigned counsel of record, hereby stipulate, subject to the approval of the Court, to extend the time for Plaintiff to file Plaintiff's Motion for Summary Judgment or Remand to August 31, 2015; and that Defendant shall have until September 30, 2015, to file her opposition.  No reply by plaintiff will be filed unless ordered by the Court.

-1-

1  A final extension of time for plaintiff is needed as a result of complications
2 arising from his Spouse's terminal illness.  Counsel sincerely apologizes to the
3 court for any inconvenience this may have had upon it or its staff..

4
5  DATE: August 31, 2015          Respectfully submitted,

   LAW OFFICES OF LAWRENCE D. ROHLFING
6
              /s/ *Steven G. Rosales*
7  BY: _____
   Steven G. Rosales
8  Attorney for plaintiff

9
   DATED:  August 31, 2015        BENJAMIN WAGNER
10                                 United States Attorney

11

12                                 */S/- Jennifer Lee Tarn

13
                                   _____
14                                 Jennifer Lee Tarn
                                   Special Assistant United States Attorney
15                                 Attorney for Defendant
                                   [*Via email authorization]
16

17

18

19

20

21

22

23

24

25

26

1  IT IS HEREBY ORDERED that plaintiff may have an extension of time, to
2  and including August 31, 2015, in which to file Plaintiff's Motion for Summary
3  Judgment or Remand; Defendant may have an extension of time to September 30,
4  2015 to file his opposition, if any is forthcoming.  No reply by plaintiff will be
5  filed unless ordered by the Court.
6  IT IS SO ORDERED.
7  Dated:  September 2, 2015

CRAIG M. KELLISON
UNITED STATES MAGISTRATE JUDGE